**Order entered June 6, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00558-CV

### IN THE INTEREST OF J.N., A CHILD

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-1132-W**

## ORDER

We **GRANT** appellant's June 4, 2014 unopposed motion for an extension of time to file a brief.  Appellant shall file her brief by **June 27, 2014**.  Because this is an accelerated appeal, we caution appellant that no further extension will be granted absent extraordinary circumstances.


/s/     ADA BROWN
JUSTICE